No. 206. MILLMAN v. RAGEN, WARDEN. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 207. POND v. ILLINOIS EX REL. BARRETT, ATTORNEY GENERAL. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 217. KERN v. RAGEN, WARDEN. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 224. SPRUILL v. CAMPBELL. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.

No. 226. ADKISON v. RAGEN, WARDEN. October 8, 1945. Petition for writ of certiorari to the Circuit Court, Rock Island County, Illinois, denied.

No. 227. CARTER v. RAGEN, WARDEN. October 8, 1945. Petition for writ of certiorari to the Circuit Court, Will County, Illinois, denied.

No. 236. PYLE v. AMRINE, WARDEN. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Kansas denied.